Patricia J. Kasputys, Esquire
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
Baltimore, MD 21201
Tel: 410-649-2023
Fax: 410-649-2101
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:07-cv-0592-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jane A. Gagliardo as Executrix Of the Estate of John B. Gagliardo<br><br>            Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>            Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, JANE A. GAGLIARDO (Social Security Number 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) as Executrix of the Estate of JOHN J. GAGLIARDO (Social Security Number 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), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: September 10th, 2009

By: _____
Patricia J. Kasputys
Attorney for Plaintiff

DATED: __Oct. 12__, 2009    By: _____

                                                    DLA PIPER LLP (US)
                                                    1251 Avenue of the Americas
                                                    New York, NY 10020
                                                    Telephone: (212) 335-4500
                                                    Facsimile: (212) 335-4501
                                                    *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __10/16/09__



_____
Hon. Charles R. Breyer
United States District Judge